UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | **SACV 16-01502 JVS**  (SACR 11-00105 JVS ) | Date  October 19, 2016 |
| Title | Blanca Estela Bolanos  v.  United Sates of America | |

| Present: The Honorable | James V. Selna | |
|---|---|---|
| | Karla J. Tunis | Not Present |
| | Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(In Chambers)**  Order to Show Cause Why Sanctions Should Not be Imposed for Failure to File Responses to Petitioner's Motion Pursuant to 28 USC 2255 (Docket Nos. 1 in SACV 16-01502 JVS and  142 in SACR 11-00105 JVS) and Defendant's Motion for Minor Role Adjustment and Sentence Reduction (Docket 143 in SACR 11-00105 JVS)

On September 2, 2016, the Court ordered the Government to file its response, to the Defendant/Petitioner's motions referenced above, on or before September 28, 2016. (Docket No. 3 in SACV 16-01502 JVS and Docket Nos. 145 & 146 in SACR 11-00105).

As of October 19, 2016 no response has been filed by the Government.

The Court ORDERS the assigned Government Counsel to Show Cause, in writing not later than October 28, 2016, Why Sanctions Should Not be Imposed for Failure to comply with the Court's Orders of September 2, 2016.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |